

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Melvin Shawn Payne,

No. 11-18-00033-CR

\* From the 39th District Court
of Throckmorton County
Trial Court No. 1230.

\* August 23, 2018

\* Per Curiam Memorandum Opinion
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed.